[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-1079

 UNITED STATES,

 Appellee,

 v.

 BARRY TWOMEY,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Mark L. Wolf, U.S. District Judge] 

 

 Before

 Selya, Circuit Judge, 
 Campbell, Senior Circuit Judge, 
 and Lynch, Circuit Judge. 

 

Diana L. Maldonado on brief for appellant. 
Donald K. Stern, United States Attorney, and Jeanne M. 
Kempthorne, Assistant United States Attorney, on brief for appellee. 

 

 October 14, 1997
 

 Per Curiam. Defendant-appellant Barry Twomey pled 

guilty to two counts of bank robbery, in violation of 18

U.S.C. 2113(a). In sentencing him, the district court

awarded a two-level reduction in his base offense level for

his acceptance of responsibility, pursuant to U.S.S.G.

 3E1.1(a). The sole issue on appeal is whether the district

court committed clear error in denying an additional one-

level reduction under 3E1.1(b). 

 "A defendant bears the burden of proving entitlement to

decreases in the offense level, including downward

adjustments for acceptance of responsibility. Once the

sentencing court has ruled against him on such an issue, the

defendant faces an uphill battle. . . .The clearly erroneous

standard . . . guides appellate review of district court

determinations under section 3E1.1(b)." United States v. 

Morillo, 8 F.3d 864, 871 (1st Cir. 1993). 

 In denying the additional one-level reduction under

 3E1.1(b), the court ruled that the timing of appellant's

expression of his intent to plead guilty had not permitted

the government to avoid preparing for trial. Specifically,

the district court found that when appellant indicated his

intention to plead guilty, ten days before the second

scheduled trial date, the government had already made

substantial submissions and prepared its witnesses. Neither

that finding nor the court's determination on that basis that

 -2-

appellant did not qualify for the additional one-level

reduction was clearly erroneous.

 Appellant's sentence is summarily affirmed. See Loc. R. 

27.1.

 -3-